UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JASON SCOTT WOODS,

    Plaintiff,

v.

KIDS CENTRAL INC., FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES,

    Defendants.

Case No. 5:25-cv-750-KCD-PRL

## ORDER

Plaintiff Jason Scott Woods has filed a "petition for temporary injunction" to initiate this case. (Doc. 1.) He requests that the Court enter an injunction to prevent Defendants from pursuing a termination of his parental rights. (*Id.*)

Woods' petition did not properly initiate a civil action in this Court. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the Court."). The Court thus dismisses this case without prejudice. Because the dismissal is without prejudice, Woods may pursue a new case by filing a proper complaint—not using this case number—and include the filing fee or motion to proceed in forma pauperis.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED without prejudice**.

2. The Clerk is also **DIRECTED** to enter judgment, deny any pending motions as moot, terminate any deadlines, and close this case.

**ENTERED** in Fort Myers, Florida on November 26, 2025.

Kyle C. Dudek
United States District Judge